1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON, State Bar No. 171263
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
5  Telephone: (415) 703-5516
   Fax: (415) 703-5480
6  Email: Troy.Overton@doj.ca.gov

7  Attorneys for Defendant IRWIN JOSEPH

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        CIVIL DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. C08-00546-PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 13, 2008.

                    Respectfully submitted,

                    EDMUND G. BROWN JR.
                    Attorney General of the State of California


                    TROY B. OVERTON
                    Deputy Attorney General

                    Attorneys for Defendant IRWIN JOSEPH

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a**

No.:    C08-00546-PVT

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 13, 2008, I served the attached **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 13, 2008, at San Francisco, California.

| Rosalinda F. Asuncion | *[signature]* |
|---|---|
| Declarant | Signature |

40217906.wpd