EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TROY B. OVERTON (SBN 171263)
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5516
  Fax: (415) 703-5480
Email: troy.overton@doj.ca.gov

Attorneys for Defendant IRWIN JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al.<br><br>                        Plaintiffs,<br><br>v.<br><br>GOVERNMENT AND COUNTY OF SANTA CRUZ, et al.,<br><br>                        Defendants. | Case No. C 08-00546 PVT<br><br>DECLARATION OF TROY B. OVERTON IN SUPPORT OF IRWIN JOSEPH'S MOTION TO DISMISS [FRCP 12(b)(5)]<br><br>Date: April 1, 2008<br>Time: 10:00 a.m.<br>Place: Federal Building<br>       280 South First Street<br>       San Jose, California<br>Dept: 5, Fourth Floor<br>Magistrate Judge Patricia V. Trumbull |

      I, Troy B. Overton, do hereby declare and state as follows:

      1. I am an attorney licensed to practice before all the courts of the State of California and admitted to practice in the United States District Court, Northern District of California. I am a Deputy Attorney General with the Office of the Attorney General of the State of California, counsel for Defendant Irwin Joseph (hereinafter "Commissioner Joseph") in this matter.

      2. I have personal knowledge of the facts herein and if called to testify upon those facts would do so competently.

      3. I am informed and believe that at approximately 9:00 a.m. on or about January 25, 2008, an individual handed Commissioner Joseph an envelope at the Santa Cruz County

1

1  courthouse. This individual handed Commissioner Joseph an envelope which contained the
2  following items:
3           a. Standing Order Regarding Case Management in Civil Cases for the United
4  States District Court, Northern District of California, San Jose Division which appears to have
5  been file stamped June 11, 2002 (3 pages);
6           b. Order Setting Initial Case Management Conference and ADR Deadlines filed
7  January 24, 2008 noticing a case management conference for May 13, 2008 in the case of
8  *Boustred, et al. v. Government and County of Santa Cruz, et al.,* USDC, Northern District of
9  California, Case No. C 08-00546 PVT (1 page);
10          c. Blank forms which include Declination to Proceed Before a Magistrate Judge
11 and Request for Reassignment to a United States District Court Judge, Consent to Proceed
12 Before a United States Magistrate Judge; ADR Certification by Parties and Counsel, Stipulation
13 and [Proposed] Order Selecting ADR Process, and Notice of Need for ADR Phone Conference;
14          d. Copies of General Order No. 40 ("Prohibition of Bias"), General Order No. 53
15 ("Privacy");
16          e. Copy of Instructions for Completion of ADR Process regarding Selection of an
17 ADR Process (ADR Local Rule 3-5);
18          f. Standing Order for All Judges of the Northern District of California, Contents
19 of Joint Case Management Statement (2 pages);
20          g. Standing Order for Civil Practice in Cases Assigned for All Purposes to
21 Magistrate Judge Patricia V. Trumbull (5 pages);
22          h. Summons in a Civil Action, *Boustred, et al. v. Government and County of
23 Santa Cruz, et al.,* USDC, Northern District of California, Case No. C 08-00546 PVT dated
24 January 24, 2008 with "Irwin Joseph" in the "TO:" block (1 page);
25          i. A two page document with the caption of the case of *Boustred, et al. v.
26 Government and County of Santa Cruz, et al.,* USDC, Northern District of California, Case No.
27 C 08-00546 PVT on one side and on the back side of the document is additional language
28 indicating an "INDEX TO THE CD: which indicates that the CD contains a complaint and

2

1  "evidence proving claim;"

2      j. A computer CD with handwritten notation on it indicating "U.S. District Court

3  San Jose, #C0800546, Boustred v. Santa Cruz, Jan 24, 2008;"

4      k. A computer CD with printing on it indicating "The DOT.BOMB

5  CONSPIRACY, Chapter 1, Liberty for Life Association;" and

6      l. A picture postcard entitled "Merry Christmas" with an indication that it was

7  produced by the Liberty for Life Association.

8      4. To my knowledge, neither Commissioner Joseph nor anyone else has placed the

9  above-described computer CD's in a computer or made any attempt to open them for fear that

10 they may contain a virus or be corrupted to some degree. Thus, the electronic contents of the

11 computer CD's served with the above-described documents are unknown.

12     I declare under the penalty of perjury that the foregoing is true and correct.

13     Executed at San Francisco, California this 13th day of February, 2008.



TROY B. OVERTON

Declaration of Troy B. Overton in Support of Irwin Joseph's Motion to Dismiss [FRCP 12(b)(5)]
*Boustred v. Government and County of Santa Cruz, et al.*                Case No. C 08-00546 PVT

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a**

No.:   **C08-00546-PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 14, 2008</u>, I served the attached **DECLARATION OF TROY B. OVERTON IN SUPPORT OF IRWIN JOSEPH'S MOTION TO DISMISS [FRCP 12(b)(5)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 14, 2008, at San Francisco, California.

|  |  |
|---|---|
| Rosalinda F. Asuncion | *[signature]* |
| Declarant | Signature |

40217906.wpd