1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **CLIVE FRANK BOUSTRED,** | **C 08-546 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **GOVERNMENT OF SANTA CRUZ, ET AL.,** | |
| **Defendant(s).** | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 13, 2008 before the Honorable Patricia V. Trumbull has been rescheduled for **May 16, 2008 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on or before May 9, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: February 14, 2008              RICHARD W. WIEKING,
                                      Clerk of Court

                                      /s/ Corinne Lew
                                      Corinne Lew
                                      Courtroom Deputy

1  Copies mailed to:

2  **Clive Frank Boustred**
3  210 Suncrest Drive
   Soquel, CA 95073

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28