**E-filed 2/19/08**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, | Case No. C-08-546-JF |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| GOVERNMENT OF SANTA CRUZ, et al., | |
| Defendants. | |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

DATED:  2/15/08

JEREMY FOGEL
United States District Judge

1

2    Copies of Order mailed to:

3    **Clive Frank Boustred**
     **210 Suncrest Dr.**
4    **Soquel, CA 95073**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF RECUSAL
Case No. C 04-04115 JF