EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TROY B. OVERTON (SBN 171263)
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5516
  Fax: (415) 703-5480
Email: troy.overton@doj.ca.gov

Attorneys for Defendant IRWIN JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>GOVERNMENT AND COUNTY OF SANTA CRUZ, et al.,<br><br>                  Defendants. | Case No. CV 08-00546 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT IRWIN JOSEPH'S MOTION TO DISMISS** |

    Defendant Irwin Joseph's motion to dismiss plaintiff's complaint came on regularly for hearing before this Court on April 21, 2008. Troy B. Overton, Esq. from the California Attorney General's Office appeared on behalf of defendant Irwin Joseph and Plaintiff Clive Frank Boustred appeared in propria persona.

    The Court, having considered the pleadings filed herein and having heard oral argument from counsel and plaintiff and good cause appearing therefore:

    IT IS HEREBY ORDERED that Defendant Irwin Joseph's motion to dismiss is GRANTED.

Dated: _____

                                              JAMES WARE
                                              United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a**

No.:   C08-00546-PVT

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 21, 2008, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANT IRWIN JOSEPH'S MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 21, 2008, at San Francisco, California.

| Rosalinda F. Asuncion | *Rosalinda F. Asuncion* (signature) |
|---|---|
| Declarant | Signature |

40217906.wpd