OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BOUSTRED

V.

SANTA CRUZ

ADR

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## C08 00546 PVT

TO: (Name and address of Defendant)   Vicki J. Parry
100 Doyle Street, Suite G, Santa Cruz CA 95062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr,
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK    Sandy Morris  Deputy Clerk

DATE   1-24-08