| | |
|---|---|
| 1  Plaintiffs, USDC: C08 00546 Trial By Jury<br>2  Clive Boustred<br>3  Petitioner, In Propria Persona Sui Juris<br>4  210 Suncrest Dr,<br>5  Soquel, CA 95073<br>6  Tel: (831) 476-4300<br>7  clive@libertyforlife.com<br>8 | FILED<br><br>2008 MAR 12 ⬚ II: 01<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA.  |

**IN UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Clive Frank Boustred, et al.<br>PLAINTIFFS,<br><br>v.<br><br>County of Santa Cruz, et. al.<br>DEFENDANTS. | CASE # 08 00546 Trial By Jury<br>REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S. JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S. CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX, SEVEN AND WITH COMMON LAW;<br>NOTICE & DEMAND FOR TRIAL BY JURY;<br>MOTION TO ASSEMBLE JURY.<br>Date: April 21      Time: 9:00 am<br>Location: U.S. District Court 280 South First Street. San Jose<br>Department: TBD |

11   Under extraordinary duress as a consequence of nearly five years of malicious
12   prosecution by Defendants against Plaintiffs, with good cause Plaintiffs respectfully
13   submit this REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE
14   OR U.S. JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH
15   U.S. CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX AND SEVEN. Before
16   the UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA for
17   Trial By Jury.

# REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S. JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S. CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX AND SEVEN AND COMMON LAW.

The Government of California and the United States of America which includes the Judicial, the Legislative and the Executive Branches of government are DEFENDANTS in this case; individual named persons from said entities are listed as named DEFENDANTS. There is no Constitutional, Common Law or International Law provision at law entitling individuals employed by the government to commit crimes against citizens and there is every provision at law and multiple provisions at law in said Common Law, International Law and Constitutions[1] that specifically prohibit the government and any individual representing said governments from committing crimes against citizens. Any individual who in the name of said governments representing "we the people" utilizing funds from "we the people" who steps in to defend said individuals from their criminal actions by definition violates the following laws and other laws and therefore, by law, automatically becomes a defendant in this case:

1. U.S. LAW: Title 18 U.S.C. § 4. MISPRISION OF FELONY. "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some

---

[1] The Constitution's of The United States of America; California; Nevada; Nevis, and International Law

judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."

2. U.S. LAW: Title 18 U.S.C.A. 242 (U.S. Criminal Code) "Whoever, under color of law, statute, or ordinance, regulation, or custom, willfully subjects any inhabitants of any state to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Law of the United States. . . shall be fined no more than $1,000 or imprisoned one year or both."

3. U.S. LAW: Title 18 U.S.C.A. 241, 242 are the criminal equivalent of Title 42 U.S.C.A. 1983, 1985 et seq. "Judges have no immunity from prosecution for their judicial acts." - BRADLEY V. FISHER, U.S. 13 Wall. 335 (1871)

4. "When a judge acts intentionally and knowingly to deprive a person of his constitutional rights, he exercises no discretion or individual judgment; he acts no longer as a judge, but as a "minister" of his own prejudice." - PIERSON V. RAY, 386 U.S. 547 at 567 (1967)

PETITIONER Clive Boustred was forced by the government to personally defend himself from charges the government brought against him[2], individuals working for the

---

[2] NOTE: The charges the government brought against Clive Boustred after they attempted to murder him in front of his children were absurdly false and frivolous such as the primary charge brought as a FELONY against Clive Boustred for driving at an alleged 40 mph down his own private road which is not a crime, while the actual speed was in fact a slow average 27mph, and for which the government sentenced Clive Boustred to six months in jail without any right to bail and ordered Clive Boustred to not communicate with his own children for three years which amounts to nothing less than the blatant and outrageous kidnap of Clive Boustred's

1  government who are charged with criminal charges, as charged in this complaint, must
2  similarly defend themselves personally without the people's money.  If any government
3  employs the people's money to defend criminal actions by members of that government,
4  then said government will inherently tend become a bunch of filthy criminals since it
5  would provide a perfect cover for criminals.  There is no law or Constitutional provision
6  that provides the peoples money for the defense of criminal actions by individuals
7  employed by the government.

8  This suit brings criminal and civil charges against individuals in the Judiciary and
9  government of the courts in the United States of America and California accusing them
10 as being a bunch of filthy criminals engaged in the most heinous and outrageous crimes,
11 including the attempted murder of PETITIONER Clive Boustred and the outrageous false
12 and malicious prosecution of Clive Boustred. PETITIONER also accuses individuals in
13 the Judiciary and Government of conspiracy to commit murder and the murder of
14 thousands of U.S. citizens to create False Flag events to incite the public into illegal
15 wars around the world, wars in which millions of innocent people have been murdered
16 and for which PETITIONERS are unlawfully forced to fund and support. PETITIONER
17 also accuses individuals in the Judiciary and Government of engaging in
18 RACKETEERING and other crimes by their refusal to follow the Constitution of the
19 United States of America and the laws of the land including the First to the missing
20 Thirteenth Amendments and English Common Law and the laws relating to legal tender

children.  Other cases the government filed against Mr. Boustred were charges for violating court orders that never even existed.

and other violations which directly affect PETITIONERS Justice, domestic Tranquility, common defense, general Welfare, Blessings of Liberty and Posterity.

## NOTICE & DEMAND FOR TRIAL BY JURY

PETITIONERS Notice and Demand Trial By Jury in accordance with the United States Constitutional Guarantees in the Eleventh Amendment which prohibits Judicial Power and the Sixth and Seventh Amendments which entitle Trial By Jury.

6th Amendment: In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

7th Amendment: In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

11th Amendment: The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for the following relief:

A. The formation of an impartial jury of peers selected from the middle part of the community by use of randomly selected telephone numbers from the community.

B. Should the court fail to act immediately in bringing this matter before a fair Trial By Jury, the Court and State agree to accept full liability and pay for damages listed in U.S. D.C. # C08 00546.

## VERIFICATION

I, Clive Boustred, am a Party in the above-entitled action and the Chairman, President and CEO of the Corporate Parties and the Father to the Minor Children herein. I have read the foregoing Document(s), Affidavit(s), Declaration(s), and/or Materials, Id., including referenced and/or attached documents, and/or duplicates of such documents and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Cruz, California on March 10 in the year two thousand and eight.

Date: March 10, 2008 _____

Clive Boustred, representing Plaintiffs,
In Propria Persona Sui Juris, Without Prejudice UCC 1-207

---

CIVIL RIGHTS AMENDMENT TO COMPLAINT