| | |
|---|---|
| 1  Plaintiffs, USDC: C08 00546 Trial By Jury <br> 2  Clive Boustred <br> 3  Petitioner, In Propria Persona Sui Juris <br> 4  210 Suncrest Dr, <br> 5  Soquel, CA 95073 <br> 6  Tel: (831) 476-4300 <br> 7  clive@libertyforlife.com <br> 8 | FILED <br> 2008 MAR 12  A 11: 04 <br> RICHARD W. WIEKING <br> CLERK <br> U.S. DISTRICT COURT <br> NO. DIST. OF CA. S.J.  |

## IN UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred, <br><br> RCB (minor son of Clive Frank Boustred), <br><br> WFB (minor son of Clive Frank Boustred), <br><br> InfoTelesys, Inc. Nevada and Nevis <br><br> Get IT Real, Inc. Nevada and Nevis <br><br> Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts. <br><div style="text-align:center">PLAINTIFFS,</div><br><div style="text-align:center">v.</div><br> Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n. <br><div style="text-align:center">DEFENDANT(S).</div> | CASE # 08 00546 Trial By Jury <br><br> AFFIDAVIT FOR DEFAULT JUDGMENT |

9
10
11    Clive Frank Boustred being duly sworn says that he/she represents Plaintiff(s) in

12    the above-entitled action.

<div style="text-align:center">SUMMARY JUDGEMENT</div>

1    Defendant Anamaria Tichatschke (formerly Anamaria Boustred) is not an
2    infant or incompetent person and has been properly served, proof of service
3    attached, and said Defendant has failed to appear or make any plea, default of the
4    Defendant has been entered for failure to appear in the action; that the injunctions
5    sought and amount shown is justly due and owing and that no part thereof has been
6    paid; and that the defendant is not in the military service of the United States and
7    resides at 33250 Fairway Ave, Soquel, CA 95073.

8    WHEREFORE, Plaintiffs prayed for the following relief and is therefore
9    entitled to said relief as related to Defendant Anamaria Tichatschke:

10   1. Sole Custody of Richard Clive Boustred and William Frank Boustred is
11      awarded to their father Clive Frank Boustred.
12   2. That Anamaria Boustred is ordered removed from the title to Clive
13      Boustred's property at 210 Suncrest Dr. Soquel, CA 95073 and title to
14      said property is vested entirely in Clive Boustred's name.
15   3. The portion of financial relief being sought from Defendant Anamaria
16      Tichatschke, well in excess of ten million dollars is to be finally
17      adjudicated through the trial process.

## VERIFICATION & SUBSCRIPTION

I, Clive Boustred, am a Party in the above-entitled action and the Chairman, President and CEO of the Corporate Parties and the Father to the Minor Children herein. I have read the foregoing Document(s), Affidavit(s), Declaration(s), and/or

Materials, Id., including referenced and/or attached documents, and/or duplicates of such documents and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed at Santa Cruz, California on March eleven two thousand and eight.

Date: March 11, 2008 _____

Clive Boustred, representing Plaintiffs C0800546

In Propria Persona Sui Juris, Without Prejudice UCC 1-207

Sworn to and subscribed before me this eleventh day of March 2008

_____
Notary Public



MIKE MONTOYA JR.
Commission # 1713832
Notary Public - California
Santa Clara County
MyComm. Expires Dec 31, 2010

My commission expires  12/31/2010

---

**SUMMARY JUDGEMENT**