| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Plaintiffs, USDC: C08 00546 Trial By Jury<br>Clive Boustred<br>Petitioner, In Propria Persona Sui Juris<br>210 Suncrest Dr,<br>Soquel, CA 95073<br>Tel: (831) 476-4300<br>clive@libertyforlife.com | FILED<br><br>2008 MAR 12  A 11: 03<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA/SJ |

## IN UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred,<br><br>RCB (minor son of Clive Frank Boustred),<br><br>WFB (minor son of Clive Frank Boustred),<br><br>InfoTelesys, Inc. Nevada and Nevis<br><br>Get IT Real, Inc. Nevada and Nevis<br><br>Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts.<br><br>PLAINTIFFS,<br><br>v.<br><br>Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n.<br><br>DEFENDANT(S). | CASE # 08 00546 Trial By Jury<br><br>PROOF OF SERVICE SUPPLEMENT FOR SUMMARY JUDGMENT PURSUANT TO TITLE 28 (b)(1) |

9
10

**SUMMARY JUDGEMENT**

1   Defendant Anamaria Tichatschke (formerly Anamaria Boustred) was properly
2   served at the Santa Cruz Superior Court outside Department 4 at 8:25 on January 25,
3   2008. Photographic extracts from the video taken to prove service are included below.



5   Defendant Anamaria Tichatschke has completely failed to appear or plea in this
6   case and the other case that was filed against her in this court, case number C05 00996.
7   Plaintiffs are entitled to and demand summary judgment against Defendant
8   Anamaria Tichatschke for the reward of relief sought.
9   TITLE 28—APPENDIX: RULES OF THE UNITED STATES COURT OF
10  FEDERAL CLAIMS: TITLE VII. JUDGMENT: Rule 55. Default:
11  (a) Entry. When a party against whom a judgment for affirmative relief is sought
12  has failed to plead or otherwise defend as provided by these rules and that fact is made
13  to appear by affidavit or otherwise, the clerk shall enter such party's default.
14  (b) Judgment. Judgment by default may be entered as follows:

(1) By the Clerk. When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and if the defendant is not an infant or incompetent person.

"Summary judgment must be granted where there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law." See, e.g., Nelson v. American National Red Cross, 26 F.3d 193, 196 (D.C. Cir. 1994).

## VERIFICATION & SUBSCRIPTION

I, Clive Boustred, am a Party in the above-entitled action and the Chairman, President and CEO of the Corporate Parties and the Father to the Minor Children herein. I have read the foregoing Document(s), Affidavit(s), Declaration(s), and/or Materials, Id., including referenced and/or attached documents, and/or duplicates of such documents and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed at Santa Cruz, California on March eleven two thousand and eight.

Date: March 11, 2008 _____
Clive Boustred, representing Plaintiffs C0800546
In Propria Persona Sui Juris, Without Prejudice UCC 1-207