```
1  Plaintiffs, USDC: C08 00546 Trial By Jury
2  Clive Boustred
3  Petitioner, In Propria Persona Sui Juris
4  210 Suncrest Dr,
5  Soquel, CA 95073
6  Tel: (831) 476-4300
7  clive@libertyforlife.com
8
```

RECEIVED
2008 MAR 12 AM 11:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# IN UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred, <br> RCB (minor son of Clive Frank Boustred), <br> WFB (minor son of Clive Frank Boustred), <br> InfoTelesys, Inc. Nevada and Nevis <br> Get IT Real, Inc. Nevada and Nevis <br> Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts. <br>                               PLAINTIFFS, <br><br>        v. <br><br> Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n. <br>                               DEFENDANT(S). | CASE # 08 00546 Trial By Jury <br><br> JUDGMENT |

```
9
10    Defendant Anamaria Tichatschke (formerly Anamaria Boustred) having failed to
11  appear and plead or otherwise defend in this action, and default having been entered,
```

---
**SUMMARY JUDGEMENT**

NOW, upon application of the Plaintiffs and upon affidavit that Defendant is indebted to the Plaintiffs in the actions and sum of the following claims:

4. Sole Custody of Richard Clive Boustred and William Frank Boustred is awarded to their father Clive Frank Boustred.

5. That Anamaria Boustred is ordered removed from the title to Clive Boustred's property at 210 Suncrest Dr. Soquel, CA 95073 and title to said property is vested entirely in Clive Boustred's name.

6. The portion of financial relief being sought from Defendant Anamaria Tichatschke, well in excess of ten million dollars is to be finally adjudicated through the trial process.

That Defendant is not an infant or incompetent person and is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff(s) recover of Defendants the actions and sums listed in the above claims, plus proportionate costs of this suit.

CLERK _____

Dated:

---

**SUMMARY JUDGEMENT**