# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)
**SANTA CRUZ COUNTY**
Santa Cruz County 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
 CLERK

MAR 1 3 2008

DATE

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Michael Macdonald
Santa Cruz Sheriffs, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE   MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Samuel S. Stevens**
**Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060**

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Steve Drottar
Santa Cruz District Attorneys Office, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Steffan Tichatschke**
**33250 Fairway Ave, Soquel, CA 95073**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____  MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Mark Tracy and Santa Cruz Sheriffs**
Santa Cruz Sheriffs, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE___ MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Art Danner (Deceased)
Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 3 2008

DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**M Pool**
Santa Cruz Sheriffs, 701 Ocean Street, Santa Cruz, CA 95060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE____ MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Hemmingway (Deceased)
Santa Cruz Sheriffs, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE    MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Amy Christy
Santa Cruz Sheriffs, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 1 3 2008

DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Brozozowski
Santa Cruz Sheriffs, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Bob Lee**
Santa Cruz District Attorneys Office, 701 Ocean Street, Santa Cruz, CA 95060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 3 2008

DATE_____

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Michael E. Barton
Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 3 2008

DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Gregor Guy Smith
214 Duboce Ave, San Francisco, CA 94103-1008

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Paul Meltzer**
**511 Water Street, Santa Cruz CA 95060**

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                        MAR 1 3 2008
CLERK                                                         DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Trilla E. Bahrke
2501 North Lake Blvd, P.O. Box 5609, Tahoe City, CA 96145

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Bill Doyle
2501 North Lake Blvd, P.O. Box 5609, Tahoe City, CA 96145-5609

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Christopher M. Cattran
2501 North Lake Blvd, P.O. Box 5609, Tahoe City, CA 96145-5609

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

MAR 1 3 2008

DATE

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Barbara J. Fox
Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 1 3 2008

DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Griffin**
Santa Cruz Sheriffs, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE____**MAR 1 3 2008**____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Robert Frandeen
125 Water Street, Suite C, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____ **MAR 1 3 2008**

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Robert B. Atack**
**Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060**

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE **MAR 1 3 2008**

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Genworth Financial
1299 Ocean Avenue, Suite 900, Santa Monica, CA 90401-1000

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____ MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Jason M. Heath**
**State Bar No. 180501 and Santa Cruz County**

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

MAR 1 3 2008

DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Phyllis J. Hamilton and the Government and associated entities of United States of America
450 Golden Gate Ave, San Francisco, CA 940102

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE___ MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)
**Jeremy Fogel and the Government and associated entities of United States of America
U.S. District Court 280 S. 1st Street, San Jose, CA**

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____ MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**William M. Kelsay**
**Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060**

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **MAR 1 3 2008**

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Jeff Almquist**
Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 3 2008

DATE_____

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Heather Morse**
Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz, CA 95060

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **MAR 1 3 2008**

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Barry Baskin**
**Contra Costa County Superior Court, Contra Costa CA**

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE   **MAR 1 3 2008**

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

M. M. Schroeder and the Government and associated entities of United States of America
United States Court of Appeals for the Ninth District, San Francisco

YOU ARE HEREBY SUMMONED  and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE    **MAR 1 3 2008**

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

James Ware and the Government and associated entities of United States of America
the U.S. District Court 280 S. 1st Street, San Jose, CA

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE  **MAR 1 3 2008**

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Richard W. Wieking and the Government and associated entities of United States of America**
**U.S. District Court 280 S. 1st Street, San Jose, CA**

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE    MAR 1 3 2008

ffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Dennis J. Kehoe & the Dennis J. Kehoe Law Corp.
Dennis J. Kehoe Law Corp. 311 Bonita Drive, Aptos, CA 95003

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE    MAR 1 3 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

John A. Christerson
Dennis J. Kehoe Law Corp. 311 Bonita Drive, Aptos, CA 95003

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE    MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Mark Spurlock
Twin Lakes Baptist Church, Inc. 2701 Cabrillo College Drive, Aptos CA 95003

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 3 2008

DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Leonard Dueck
Twin Lakes Baptist Church, Inc. 2701 Cabrillo College Drive, Aptos CA 95003

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE    **MAR 1 3 2008**

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Twin Lakes Baptist Church, Inc.
2701 Cabrillo College Drive, Aptos CA 95003

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE___ **MAR 1 3 2008**___

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

**Chase Card Services of Wilmington Delaware.**
**P.O. Box 15298 Wilmington DE 19850-6600**

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Plaintiffs, Clive Boustred**
**Petitioner, In Propria Persona Sui Juris**
**210 Suncrest Dr.**
**Soquel, CA 95073**
**Tel: (831) 476-4300**
**clive@libertyforlife.com**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____ MAR 1 3 2008 _____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

Boustred, et. al.

CASE NUMBER: C08 00546

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)

Troy B. Overton
P.O. Box 944255, Sacramento, CA 94244-2550

YOU ARE HEREBY SUMMONED   and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you  for  the  relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 3 2008

DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK