1  Plaintiffs, USDC: C08 00546 Trial By Jury
2  Clive Boustred
3  Petitioner, In Propria Persona Sui Juris
4  210 Suncrest Dr,
5  Soquel, CA 95073
6  Tel: (831) 476-4300
7  clive@libertyforlife.com
8



Filed
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| Clive Frank Boustred, | CASE # 08 00546 Trial By Jury |
| RCB (minor son of Clive Frank Boustred), | |
| WFB (minor son of Clive Frank Boustred), | REQUEST FOR ENTRY OF DEFAULT BY |
| InfoTelesys, Inc. Nevada and Nevis | CLERK PER F.R.C.P RULE 55(a) and |
| Get IT Real, Inc. Nevada and Nevis | DEFAULT JUDGEMENT UNDER F.R.C.P. |
| Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts. | RULE 55 (b)(1) |
| PLAINTIFFS, | |
| v. | |
| Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n. | |
| DEFENDANT(S). | |

9
10
11    To the Clerk of the Court:
12    Plaintiff, Clive Frank Boustred, hereby requests that the Clerk enter the
13    default of the defendant Anamaria Tichatschke (Formerly Anamaria Boustred)

---

SUMMARY JUDGEMENT

pursuant to F.R.P.C. Rule 55 (a) and Rule 55 (b) (1) upon the grounds appearing in the attached declaration of plaintiff, Clive Frank Boustred.

Respectfully submitted,

Dated: March 14, 2008 _____

Clive Boustred, representing Plaintiffs C0800546
In Propria Persona Sui Juris, Without Prejudice UCC 1-207

SUMMARY JUDGEMENT