1  Plaintiffs, USDC: C09 00546
2  Clive Boustred
3  Petitioner, In Propria Persona Sui Juris
4  210 Suncrest Dr,
5  Soquel, CA 95073
6  Tel: (831) 476-4300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Filed MAR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

| Clive Frank Boustred, et al. PLAINTIFFS, v. County of Santa Cruz, et al. DEFENDANTS. | No. C0500996 – (JF RS) Trial By Jury<br><br>PROOF OF SERVICE |
|---|---|

9  State of California, Santa Cruz County,

10  I am over the age of eighteen and not a party to the above-entitled action, my
11  address in the United States is 210 Suncrest Dr.
12  I served
13  A. "FIRST AMENDED OPEN COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL
14  RIGHTS AND COURT RULES AND PETITION TO THE GOVERNMENT FOR A
15  REDRESS OF GRIEVANCES TO CIVIL RIGHTS COMPLAINT" (2008_03_10 Civil
16  Rights Claim 1st Amended Clive Frank Boustred FILED.doc with EXHIBITS,
17  EXHIBITS 2 & EXHIBITS 3.)
18  B. "REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S.
19  JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S.
20  CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX, SEVEN AND WITH
21  COMMON LAW; NOTICE & DEMAND FOR TRIAL BY JURY; MOTION TO
22  ASSEMBLE JURY" (2008_03_10 Refusal of Judge Demand for Jury FILED.doc)
23  C. "AFFIDAVIT FOR DEFAULT JUDGMENT; PROOF OF SERVICE SUPPLEMENT
24  FOR SUMMARY JUDGMENT PURSUANT TO TITLE 28 (b)(1); JUDGMENT"
25  (2008_03_10 Summary Judgment Ana FILED.doc)
26  D. "DECLARATION OF CLIVE BOUSTRED IN SUPPORT OF REQUST FOR DEFAULT
27  ENTRY AND ENTRY OF DEFAULT; REQUEST FOR ENTRY OF DEFAULT BY
28  CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P.
29  RULE 55 (b)(1); ENTRY OF DEFAULT UNDER F.R.C.P. RULE 55 (a) and
30  DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1)"

1 | by enclosing a true digital copy in a sealed envelope addressed to each person whose
2 | name and address is shown below and depositing the envelope in the United States mail
3 | with the postage fully prepaid.
4 |     (1) Date of mailing: March 17, 2008
5 |     (2) Place of Mailing: Santa Cruz, CA
6 |     I declare under penalty of perjury under the laws of the State of California that
7 | the foregoing is true and correct.
8 |     Signature: _Amy Miller_ Date: 3/17/08
9 | Pursuant to the Paperwork Reduction Act of 1995, S. 244, Chapter 35 of title 44, United
10 | States Code, One Hundred Fourth Congress of the United States of America,
11 | documents in this suit are provided in digital format.
12 | Persons Served (parties not yet summoned to be served with the summons)
13 | 1. Name of person served: California State Attorney General Edmund G. Brown Jr:
14 |    ATTN: Paul T Hammerness / Troy B. Overton, Deputy Attorney Generals. Attorney for
15 |    Defendants: State of California, Irwin Joseph.
16 | Address: 455 Golden Gate Avenue, Suite 1100, San Francisco, CA 94102-7004
17 | 2. Name of person served: Anamaria Tichatschke (formerly Anamaria Boustred)
18 |    Address: 3320 Fairway Dr, Soquel, CA, 95073-2724

---

**SUMMARY JUDGEMENT**