**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

March 20, 2008

RE:  CV 08-00546 JW        CLIVE BOUSTRED-v- GOVERNMENT AND COUNTY OF
SANTA CRUZ, ET AL

Default is declined as to defendant Anamaria Tichatschke (Formerly Anamaria Boustred) on 3/19/08.

RICHARD W. WIEKING, Clerk

by:  Cindy Vargas  
Case Systems Administrator

|  | Plaintiffs, USDC: C08 00546 Trial By Jury |
|---|---|
| 1 | Clive Boustred |
| 2 | Petitioner, In Propria Persona Sui Juris |
| 3 | 210 Suncrest Dr, |
| 4 | Soquel, CA 95073 |
| 5 | Tel: (831) 476-4300 |
| 6 | clive@libertyforlife.com |
| 7 | |
| 8 | |



**Filed**
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred,<br>RCB (minor son of Clive Frank Boustred),<br>WFB (minor son of Clive Frank Boustred),<br>InfoTelesys, Inc. Nevada and Nevis<br>Get IT Real, Inc. Nevada and Nevis<br>Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts.<br>PLAINTIFFS,<br><br>v.<br><br>Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n.<br>DEFENDANT(S). | CASE # 08 00546 Trial By Jury<br><br>REQUEST FOR ENTRY OF DEFAULT BY CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1) |

9
10
11    To the Clerk of the Court:
12        Plaintiff, Clive Frank Boustred, hereby requests that the Clerk enter the
13    default of the defendant Anamaria Tichatschke (Formerly Anamaria Boustred)

---

SUMMARY JUDGEMENT

**DEFAULT DECLINED**
3/19/2008
RICHARD W. WIEKING, CLERK
BY _____
         DEPUTY CLERK

1  pursuant to F.R.P.C. Rule 55 (a) and Rule 55 (b) (1) upon the grounds appearing in
2  the attached declaration of plaintiff, Clive Frank Boustred.
3
4  Respectfully submitted,
5
6  Dated: March 14, 2008 _____
7  Clive Boustred, representing Plaintiffs C0800546
8  In Propria Persona Sui Juris, Without Prejudice UCC 1-207