| | |
|---|---|
| 1  Plaintiffs, USDC: C09 00546 | RECEIVED |
| 2  Clive Boustred | 08 MAR 26 PM 4: 00 |
| 3  Petitioner, In Propria Persona Sui Juris | |
| 4  210 Suncrest Dr, | RICHARD W. WIEKING CLERK |
| 5  Soquel, CA 95073 | U.S. DISTRICT COURT |
| 6  Tel: (831) 476-4300 | NO. DIST. OF CA. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-546 JW

| Clive Frank Boustred, et al. | No. C08 00564 – Trial By Jury |
|---|---|
| PLAINTIFFS, | |
| v. | PROOF OF SERVICE |
| County of Santa Cruz, et al. | |
| DEFENDANTS. | |

FILED MAR 26 2008

9    State of California, Santa Cruz County,

10.    I am over the age of eighteen and not a party to the above-entitled action, my

11   address in the United States is 210 Suncrest Dr.

12   I served

13   A. "FIRST AMENDED OPEN COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL

14       RIGHTS AND COURT RULES AND PETITION TO THE GOVERNMENT FOR A

15       REDRESS OF GRIEVANCES TO CIVIL RIGHTS COMPLAINT" (2008_03_10 Civil

16       Rights Claim 1st Amended Clive Frank Boustred FILED.doc with EXHIBITS,

17       EXHIBITS 2 & EXHIBITS 3.)

18   B. "REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S.

19       JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S.

20       CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX, SEVEN AND WITH

21       COMMON LAW; NOTICE & DEMAND FOR TRIAL BY JURY; MOTION TO

22       ASSEMBLE JURY" (2008_03_10 Refusal of Judge Demand for Jury FILED.doc)

23   C. "AFFIDAVIT FOR DEFAULT JUDGMENT; PROOF OF SERVICE SUPPLEMENT

24       FOR SUMMARY JUDGMENT PURSUANT TO TITLE 28 (b)(1); JUDGMENT"

25       (2008_03_10 Summary Judgment Ana FILED.doc)

26   D. "DECLARATION OF CLIVE BOUSTRED IN SUPPORT OF REQUST FOR DEFAULT

27       ENTRY AND ENTRY OF DEFAULT; REQUEST FOR ENTRY OF DEFAULT BY

28       CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P.

29       RULE 55 (b)(1); ENTRY OF DEFAULT UNDER F.R.C.P. RULE 55 (a) and

30       DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1)"

N/C

---

**SUMMARY JUDGEMENT**

1 | by enclosing a true digital copy in a sealed envelope addressed to each person whose
2 | name and address is shown below and depositing the envelope in the United States mail
3 | with the postage fully prepaid.
4 |     (1) Date of mailing: March 17, 2008
5 |     (2) Place of Mailing: Santa Cruz, CA
6 |     I declare under penalty of perjury under the laws of the State of California that
7 | the foregoing is true and correct.
8 |     Signature: /Amy Miller/      Date: 3/25/08
9 | Pursuant to the Paperwork Reduction Act of 1995, S. 244, Chapter 35 of title 44, United
10 | States Code, One Hundred Fourth Congress of the United States of America,
11 | documents in this suit are provided in digital format.

12 | Persons Served (parties not yet summoned to be served with the summons)
13 | 1. Name of person served: California State Attorney General Edmund G. Brown Jr.
14 |    ATTN: Paul T Hammerness / Troy B. Overton, Deputy Attorney Generals. Attorney for
15 |    Defendants: State of California, Irwin Joseph.
16 | Address: 455 Golden Gate Avenue, Suite 1100, San Francisco, CA 94102-7004
17 | 2. Name of person served: Anamaria Tichatschke (formerly Anamaria Boustred)
18 |    Address: 3320 Fairway Dr, Soquel, CA, 95073-2724