```
1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON (SBN 171263)
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5   Telephone: (415) 703-5516
    Fax: (415) 703-5480
6  Email: troy.overton@doj.ca.gov

7  Attorneys for Defendant IRWIN JOSEPH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT AND COUNTY OF SANTA CRUZ, et al.,<br><br>Defendants. | Case No. CV 08-00546 JW<br><br>IRWIN JOSEPH'S REPLY TO PLAINTIFFS' FAILURE TO OPPOSE MOTION TO DISMISS<br><br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Place: Federal Building<br>      280 South First Street<br>      San Jose, California<br>Dept: 8, Fourth Floor<br>Judge: Hon. James Ware |

Pursuant to Civil Local Rule 7-3(a), plaintiffs' opposition to Defendant Commissioner Irwin Joseph's motion to dismiss all claims for relief against him in the above-captioned case was due to be filed on or before March 31, 2008. To date, Commissioner Joseph has received no opposition from plaintiffs or any indication that such a document was filed by plaintiffs. Thus, Commissioner Joseph reasserts the arguments set forth in his moving papers and respectfully requests this Court grant his motion to dismiss any and all of plaintiffs' claims for relief against him.

///

///

1

Irwin Joseph's Reply to Plaintiffs' Failure to Oppose Motion to Dismiss
*Boustred v. Government and County of Santa Cruz*

[FRCP 12(b)(5)]
Case No. CV 08-00546 JW

1  Dated: April 7, 2008.

2                                    Respectfully submitted,

3                                    EDMUND G. BROWN JR.
                                     Attorney General of the State of California

4                                    PAUL T. HAMMERNESS
                                   Supervising Deputy Attorney General

5

6

7                                    s/s Troy B. Overton

8                                    TROY B. OVERTON
                                   Deputy Attorney General

9                                    Attorneys for Defendant IRWIN JOSEPH

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Irwin Joseph's Reply to Plaintiffs' Failure to Oppose Motion to Dismiss            [FRCP 12(b)(5)]
*Boustred v. Government and County of Santa Cruz*                                 Case No. CV 08-00546 JW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a

No.:   C08-00546-PVT

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 7, 2008, I served the attached **IRWIN JOSEPH'S REPLY TO PLAINTIFFS' FAILURE TO OPPOSE MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 7, 2008, at San Francisco, California.

|  |  |
|---|---|
| Rosalinda F. Asuncion | *[signature]* |
| Declarant | Signature |

40217906.wpd