IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Clive Boustred, et al., | NO. C 08-00546 JW |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| Government and County of Santa Cruz, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 455(b)(5)(i), I hereby recuse myself from participating in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

Dated: April 8, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Troy Bentley Overton troy.overton@doj.ca.gov

3 Clive Frank Boustred
210 Suncrest Drive
4 Soquel, CA 95073

5 Troy Bentley Overton
CA State Attorney's Office
6 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
7

8
**Dated: April 8, 2008**               **Richard W. Wieking, Clerk**
9

10                                      **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
11                                            **Courtroom Deputy**