1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON (SBN 171263)
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5516
     Fax: (415) 703-5480
6  Email: troy.overton@doj.ca.gov

7  Attorneys for Defendant IRWIN JOSEPH

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

| CLIVE FRANK BOUSTRED, et al. | Case No. CV 08-00546 RMW |
|---|---|
| Plaintiffs, | IRWIN JOSEPH'S SECOND AMENDED NOTICE OF MOTION TO DISMISS [FRCP 12(b)(5)] |
| v. | |
| GOVERNMENT AND COUNTY OF SANTA CRUZ, et al., | Date: May 23, 2008<br>Time: 9:00 a.m.<br>Place: Federal Building<br>280 South First Street<br>San Jose, California<br>Dept: 6, Fourth Floor<br>Judge: Hon. Ronald M. Whyte |
| Defendants. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that on May 23, 2008 at 9:00 a.m. in Courtroom 6 of the above-entitled court, located at 280 South First Street, Fourth Floor, San Jose, California, Defendant Irwin Joseph (hereinafter "Commissioner Joseph") will and hereby does move this Court to dismiss all claims for relief against him pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure. This fully-briefed motion was previously set to be heard at 9:00 a.m. on April 21, 2008 and was taken off calendar due to judge reassignment.

///

///

///

1

Irwin Joseph's Second Amended Notice of Motion to Dismiss [FRCP 12(b)(5)]
*Boustred v. Government and County of Santa Cruz*                    Case No. CV 08-00546 RMW

1  This motion is and shall be based upon the previously filed notice of motion and motion
2  (Docket #10), the accompanying memorandum of points and authorities (Docket #10), the
3  Declaration of Troy B. Overton (Docket #11), the proposed order (Docket #12), the reply
4  memorandum (Docket #35), all pleadings and papers on file in the matter herein, and upon such
5  matters as may be presented to the Court at the time of hearing.
6  Dated: April 10, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

PAUL T. HAMMERNESS
Supervising Deputy Attorney General


s/s Troy B. Overton
TROY B. OVERTON
Deputy Attorney General

Attorneys for Defendant IRWIN JOSEPH

2

Irwin Joseph's Second Amended Notice of Motion to Dismiss [FRCP 12(b)(5)]
*Boustred v. Government and County of Santa Cruz*    Case No. CV 08-00546 RMW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a**

No.:   C08-00546-PVT

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 10, 2008</u>, I served the attached **IRWIN JOSEPH'S SECOND AMENDED NOTICE OF MOTION TO DISMISS [FRCP 12(b)(5)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 10, 2008, at San Francisco, California.

|                   Rosalinda F. Asuncion                    |                   s/s Rosalinda F. Asuncion                    |
|:---:|:---:|
| Declarant | Signature |

40217906.wpd