**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 15, 2008

RE:  <u>CV 08-00546 RMW</u>     <u>BOUSTRED ET AL-v- GOVERNMENT AND COUNTY OF SANTA CRUZ ET.AL.</u>

Default is declined as to Defendant Anamaria Techatschke on April 14, 2008.

RICHARD W. WIEKING, Clerk

by: <u>/s/ D.  Miyashiro</u>
Case Systems Administrator

**DEFAULT DECLINED**

4/14/08

RICHARD W. WIEKING, CLERK

BY _____
DEPUTY CLERK

1  Plaintiffs, USDC: C08 00546 Trial By Jury
2  Clive Boustred
3  Petitioner, In Propria Persona Sui Juris
4  210 Suncrest Dr,
5  Soquel, CA 95073
6  Tel: (831) 476-4300
7  clive@libertyforlife.com
8

## IN UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred,<br>RCB (minor son of Clive Frank Boustred),<br>WFB (minor son of Clive Frank Boustred),<br>InfoTelesys, Inc. Nevada and Nevis<br>Get IT Real, Inc. Nevada and Nevis<br>Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts.<br>　　　　　　　　　　　PLAINTIFFS,<br><br>v.<br><br>Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n.<br>　　　　　　　　　　　DEFENDANT(S). | CASE # 08 00546 Trial By Jury<br><br>ENTRY OF DEFAULT UNDER F.R.C.P. RULE 55 (a) and JUDGEMENT OF DEFAULT UNDER F.R.C.P. RULE 55 (b)(1) |

9
10　　　　Plaintiff having requested entry of default under F.R.P.C. Rule 55 (a) and
11  55(b)(1) which reads:
12　　　　TITLE 28—APPENDIX: RULES OF THE UNITED STATES COURT OF
13  FEDERAL CLAIMS: TITLE VII. JUDGMENT: Rule 55. Default:

1  (a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter such party's default.

(b) Judgment. Judgment by default may be entered as follows:

(1) By the Clerk. When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and if the defendant is not an infant or incompetent person.

"Summary judgment must be granted where there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law." See, e.g., Nelson v. American National Red Cross, 26 F.3d 193, 196 (D.C. Cir. 1994).

WHEREFORE, Plaintiffs prayed for the following relief and is therefore entitled to said relief as related to Defendant Anamaria Tichatschke:

2. That Anamaria Boustred is ordered removed from the title to Clive Boustred's property at 210 Suncrest Dr. Soquel, CA 95073 and title to said property is vested entirely in Clive Boustred's name.

Having examined the attached declaration of Clive Frank Boustred and the exhibits attached thereto and good cause appearing:

Default is hereby entered pursuant to F.R.C.P. 55(a) and 55(b)(1)

Dated: _____          _____

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

---

ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55