AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me | DATE: January 25, 2008.

**Name of SERVER**
Tyler Egen

08 MAR 12 AM 11: 03

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
I served Anamaria Tichatschke (Formerly Anamaria Boustred) at the Santa Cruz Superior Court, 701 Ocean Street, Santa Cruz CA 95060, outside Department 4 at 8:25 am on January 25, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-25-08
              Date

Signature of Server: Tyler Egen

Address of Server
210 Suncrest Dr. Soquel CA 95073

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure