1 Plaintiffs, USDC: C08 00546 Trial By Jury
2 Clive Boustred
3 Petitioner, In Propria Persona Sui Juris
4 210 Suncrest Dr,
5 Soquel, CA 95073
6 Tel: (831) 476-4300
7 clive@libertyforlife.com
8

**FILED**

2008 APR 21 P 1:53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## IN UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred,<br>RCB (minor son of Clive Frank Boustred),<br>WFB (minor son of Clive Frank Boustred),<br>InfoTelesys, Inc. Nevada and Nevis<br>Get IT Real, Inc. Nevada and Nevis<br>Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts.<br>　　　　　　　　　　PLAINTIFFS,<br><br>v.<br><br>Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n.<br>　　　　　　　　　　DEFENDANT(S). | CASE # 08 00546 <u>Trial By Jury</u><br><br>RESPONSE TO THIRD PARTY ATTEMPTS TO DISMISS CASE PRIOR TO TRIAL |

9
10
11    A third party has filed on behalf of real party of interest, Irwin Joseph, to have

12    a Motion to dismiss this case for technicalities to be heard on April 21, 2008.

---

ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55

1  Plaintiffs have responded to said Motions in an Amended Complaints and in
2  REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S.
3  JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S.
4  CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX AND SEVEN AND
5  COMMON LAW; NOTICE & DEMAND FOR TRIALBY JURY; MOTION TO
6  ASSEMBLE JURY.

7  This case is filed under the 11th Amendment which precludes Judicial Power.

8  This case is filed against the government and individually names a number of
9  judges who are colleagues of any judge who might be assigned to hear this case.
10 The 11th Amendment and Common Law and the Court's own Rules preclude bias,
11 consequentially this case or any matter in this case cannot be adjudicated by
12 someone who has an interest to dismiss or rule on a case that is filed against their
13 employer or colleagues. A jury needs to be formed to hear any and all matters in this
14 case, both in fact and law, as clearly laid out in the authorities in Petitioners pleas.

15 The claim that Petitioners have not responded is false.

16 The third party claiming to represent Irwin Joseph states in their AMENDED
17 NOTICE OF MOTION AND MOTION TO DISMISS.. signed on February 20, page 4 line
18 21: *"To date, neither Commissioner Joseph nor anyone else has placed the above-*
19 *described computer CD with the handwritten notion in his or her computer and*
20 *attempted to open it for fear that it may contain a virus or be corrupted to some degree"*.
21 Naturally, such a pathetic excuse fails both logic and the law. For in that instance,
22 someone could say that they could not open the envelope sent to them containing the

1    summons and complaint for fear that it contained a virus too! The Paperwork Reduction
2    Act of 1995, S. 244, Chapter 35 of title 44, United States Code, One Hundred Fourth
3    Congress of the United States of America, authorizes that all documents in this suit may
4    be provided in digital format. Furthermore, if Plaintiffs sent a CD with viruses on it, then
5    for once the government would actually have something legitimate to charge Plaintiffs
6    with instead of making up bogus charges and maliciously prosecuting Plaintiffs for so-
7    called crimes such as allegedly driving at 40mph down a private road (for which the
8    government sent Clive Boustred to six months in jail and ordered that RCB and WFB, his
9    sons not communicate with him).

10        Petitioners have filed this complaint under the 11th Amendment which
11    precludes any Judicial Power in this case. Petitioners have demanded Trial By Jury
12    for all matters in this case.

13        The third party claiming to represent Irwin Joseph's Motion has no legal basis
14    in this case and is attempting to pervert the course of justice by placing decision
15    making matters of this trial into the hands of a colleague and employee of the
16    defendants.

17        United States District Court General Order No. 40, Prohibition of Bias,
18    precludes any such Motion or judgment. Petitioners have submitted an AFFIDAVIT
19    OF BIAS OR PREJUDICE.

20        Motions filed by the Attorney General are also in violation of his oath of office
21    and in violation of the law and are moot. Not only can a judge not issue any ruling on
22    this case because of the simple fact that the Constitution expressly and explicitly

orders and denies any judge that legal authority since pursuant to the 11th Amendment the only power to rule in this case both in regard to the law and fact is Jury power, any judge attempting to make a ruling in this case would violate their oath of office, commit treason and automatically become a defendant in the case.

Petitioner has responded to the Attorney General's treason and violation of his oath of office by filing on or about March 10, 2008:

> FIRST AMENDED OPEN COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS AND COURT RULES AND PETITION TO THE GOVERNMENT FOR A REDRESS OF GRIEVANCES TO CIVIL RIGHTS COMPLAINT PURSUANT TO
> - 42 U.S.C. § 1983, 1985, 1986, 1988, 1961, 1962, 1964.
> - Bivens v. Six Unknown Agents 403 U.S. 388 (1971)
> - 18 USC § 1, 241, 242, 2382
> - 19 U.S.C. § 1961-68
> - Constitution of The United States of America
> - English Common Law
> - 11th Amendment U.S. Constitution
>
> AND PURSUANT TO OTHER APPLICABLE LAWS AS SO DETERMINED, WITHOUT PREJUDICE;
> DEMAND FOR ALL ADJUDICATION IN FACT AND LAW BY JURY;
> DEMAND FOR TRIAL BY JURY.

Petitioner has responded to Defendant's Motion with a Demand for a Trial By Jury and Petitioner carefully defined such issues such as the following in said filing:

INDEX
A. PARTIES                             8
B. SYNOPSIS OF CASE                    17
PREVIOUS LAWSUITS                      20
EXHAUSTION OF ADMINISTRATIVE REMEDIES................................................20

---
ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55

C. VENUE .......... 25
D. JURISDICTION .......... 25
E. AFFIDAVIT OF BIAS OR PREJUDICE .......... 26
F. SUFFICIENCY OF CLAIM .......... 34
NO STATUTES OF LIMITATIONS .......... 35
NO JUDICIAL POWER IN THIS CASE .......... 35
PRO SE LITIGANTS ENTITLED TO WIDE LATITUDE .......... 36
G. EXECUTIVE SUMMARY .......... 38
H. PREAMBLE - GOVERNMENT OUT OF CONTROL IN THE CONTROL OF FOREIGNERS .......... 40
I. CLAIMS UPON WHICH RELIEF CAN BE GRANTED / CONSTITUTIONAL RIGHTS VIOLATED 80
First to Forty-eighth Claim For Relief
J. DAMAGES .......... 226
K. COMMON AUTHORITIES .......... 229
    Including (Abbreviated list):
    EVERY PERSON LIABLE FOR CRIMES UNDER COLOR OF LAW .......... 247
    PROCEEDINGS OUTSIDE OF COURT AUTHORITY ARE VOID .......... 248
    JUDGES CRIMINALLY LIABLE FOR WILLFUL DEPRAVATION OF CUSTODY RIGHTS OR ANY CONSTITUTIONAL VIOLATION .......... 254
    MUNICIPALITY AND STATE MAY BE SUED .......... 257
    POLICE OFFICERS NO IMMUNITY .......... 257
    ATTORNEY'S CAN BE SUED .......... 257
    THE COURT HAS A DUTY TO ENSURE CONSTITUTIONAL RIGHTS .......... 258
    JUSTICE DELAYED IS JUSTICE DENIED .......... 258
    VOID ORDERS .......... 258
    PRO SE TO BE CONSIDERED WITHOUT TECHNICALITY .......... 258
    PROHIBITION OF BIAS .......... 259
    DUE PROCESS DICTATES GOOD CAUSE .......... 262
    DUE PROCESS DICTATES AN IMPARTIAL JUDGE AND FAIR TRIAL BY JURY .......... 264
    DUE PROCESS DICTATES COMPETENT AND SUBJECT MATTER JURISDICTION: .......... 264
    DUE PROCESS DICTATES FAIRNESS: .......... 265
    Due Process, Fair Hearing & Trial By Jury LAW DEFINED .......... 267
    VOID JUDGMENTS MUST BE SET ASIDE .......... 276
    SHAM TRIALS .......... 290
    BIAS AND PREJUDICE GENERALLY .......... 294
    QUALIFICATIONS, ACTIONS, AND COMMENTS OF JUDGE, JURY, OR PROSECUTOR. 294
    FAIR JUDGE .......... 306

| | | |
|---|---|---|
| 1 | RIGHT TO TRIAL BY JURY | 322 |
| 2 | JUDICIAL ERROR. | 323 |
| 3 | L. PRAYER FOR RELIEF | 413 |
| 4 | M. DEMAND FOR TRIAL BY JURY | 413 |
| 5 | N. VERIFICATION | 414 |

Petitioners have more than met the simple Federal requirements to bring this matter to trial. With Forty Eight Claims upon which relief can be granted, including a description and many megabytes of evidence of the wrongdoings, and around 200 pages of authorities, there is absolutely no reason not to bring this matter to trial by jury.

Any attempt to dismiss this case by the government is simply an attempt to dismiss a legitimate case against themselves and their colleagues and would represent a baseless and utterly immoral action comparable to the very reason people of this Nation revolted against King George's criminal behavior.

Petitioners have more than answered the Attorney General, who is a defendant in this case with a clear and obvious conflict of interest. The 400+ page response by Petitioners, in Propria Persona clearly identifies the law and dictate that all matters in this case be tried and heard by jury, there is no judicial power in this case. The Clerks office must according to the law set a date for trial and must form the jury pool for that purpose.

NOTE: The Grand Jury process is a process where there is absolutely no judicial involvement, so too is a Trial By Jury, there is no need nor any right for a judge to rule in this case on matters regarding the law or fact. See also the

Amended complaint for facts, law and authorities in this regard, included herein by reference.

Frankly, those of you working for the government are astonishingly foolish. You live in the complacency and stupor of servitude to a group of bankers who have you along with your fellow citizens handing over six to ten months of our labor to these bankers. Our government employees being the bankers agents and servants, are subject to the same oppression they meter out. Criminals who not only rob their neighbor, they rob themselves and their children too!

Naturally also the duress of having ones children kidnapped and held hostage now for more than five years by an utterly out of control government, amongst the other malicious prosecution, inhibits Plaintiffs ability to respond.

When the government attempted to murder me, kidnapped my children and handed them to the man who was screwing my adulterous lying wife, wiped out all my companies and career, clearly I am not going to give up until I obtain justice. If this case is dismissed, I will simply file another case and another one until remedies are exhausted. After that we have to deal with the government the way they deal with us.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Cruz, California on April eighteen two thousand and eight.

Dated: April 18, 2008 _____

Clive Boustred, representing Plaintiffs C0800546
In Propria Persona Sui Juris, Without Prejudice UCC 1-207

ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55