| | |
|---|---|
| 1 | Plaintiffs, USDC: C09 00546 |
| 2 | Clive Boustred |
| 3 | Petitioner, In Propria Persona Sui Juris |
| 4 | 210 Suncrest Dr, |
| 5 | Soquel, CA 95073 |
| 6 | Tel: (831) 476-4300 |

**FILED**

2008 APR 21 P 1:52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clive Frank Boustred, et al.<br>PLAINTIFFS,<br>v.<br>County of Santa Cruz, et al.<br>DEFENDANTS. | No. C08 00564 –Trial By Jury<br><br>PROOF OF SERVICE |

9  State of California, Santa Cruz County,

10  I am over the age of eighteen and not a party to the above-entitled action, my

11  address in the United States is 210 Suncrest Dr.

12  I served "RESPONSE TO THIRD PARTY ATTEMPTS TO DISMISS CASE PRIOR TO

13  TRIAL" by enclosing a true digital copy in a sealed envelope addressed to each person

14  whose name and address is shown below and depositing the envelope in the United

15  States mail with the postage fully prepaid.

16  (1) Date of mailing: March 31, 2008

17  (2) Place of Mailing: Santa Cruz, CA

18  I declare under penalty of perjury under the laws of the State of California that

19  the foregoing is true and correct.

20  Signature: _____ Date: 4/18/08

21  Persons Served (parties not yet summoned to be served with the summons)

22  1. Name of person served: California State Attorney General Edmund G. Brown Jr:

23  ATTN: Paul T Hammerness / Troy B. Overton, Deputy Attorney Generals. Attorney for

24  Defendants: State of California, Irwin Joseph.

25  Address: 455 Golden Gate Avenue, Suite 1100, San Francisco, CA 94102-7004

26  2. Name of person served: Anamaria Tichatschke (formerly Anamaria Boustred)

27  Address: 3320 Fairway Dr, Soquel, CA, 95073-2724

ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55