1  Plaintiffs, USDC: C08 00546 Trial By Jury
2  Clive Boustred
3  Petitioner, In Propria Persona Sui Juris
4  210 Suncrest Dr,
5  Soquel, CA 95073
6  Tel: (831) 476-4300
7  clive@libertyforlife.com
8

**FILED**

2008 APR 21  P 1: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA./S.J.

### IN UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred,<br><br>RCB (minor son of Clive Frank Boustred),<br><br>WFB (minor son of Clive Frank Boustred),<br><br>InfoTelesys, Inc. Nevada and Nevis<br><br>Get IT Real, Inc. Nevada and Nevis<br><br>Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts.<br><br>PLAINTIFFS,<br><br>v.<br><br>Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n.<br><br>DEFENDANT(S). | CASE # 08 00546 Trial By Jury<br><br>REQUEST FOR ENTRY OF DEFAULT BY CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1) |

9
10
11   To the Clerk of the Court:
12       Plaintiff, Clive Frank Boustred, hereby requests that the Clerk enter the
13   default of the defendant Anamaria Tichatschke (Formerly Anamaria Boustred)

---

ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55

1  pursuant to F.R.P.C. Rule 55 (a) and Rule 55 (b) (1) upon the grounds appearing in
2  the attached declaration of plaintiff, Clive Frank Boustred.
3
4        Respectfully submitted,
5
6  Dated: April 18, 2008 _____
7        Clive Boustred, representing Plaintiffs C0800546
8        In Propria Persona Sui Juris, Without Prejudice UCC 1-207