Plaintiffs, USDC: C08 00546 Trial By Jury
Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr,
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

FILED

2008 APR 21 P 1: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# IN UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred,<br><br>RCB (minor son of Clive Frank Boustred),<br><br>WFB (minor son of Clive Frank Boustred),<br><br>InfoTelesys, Inc. Nevada and Nevis<br><br>Get IT Real, Inc. Nevada and Nevis<br><br>Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts.<br><br>PLAINTIFFS,<br><br>v.<br><br>Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n.<br><br>DEFENDANT(S). | CASE # 08 00546 Trial By Jury<br><br>DECLARATION OF CLIVE BOUSTRED IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1) |

I, Clive Frank Boustred, declare as follows:

1. I am over the age of 18 years and a resident of Santa Cruz County. I have knowledge pertaining to the instant action and, if called upon to be a witness, I could and would competently testify thereto.

2. The instant suit was filed January 24, 2008 and was personally served by hand delivery on January 25, 2008 upon Anamaria Tichatschke (Formerly Anamaria Boustred). Proof of said service, PROOF OF SERVICE SUPPLEMENT FOR SUMMARY JUDGMENT PURSUANT TO TITLE 28 (b)(1), and AFFIDAVIT FOR DEFAULT JUDGMENT having been filed with the court on March 12, 2008.

3. DECLARATION OF CLIVE BOUSTRED IN SUPPORT OF REQUST FOR DEFAULT ENTRY AND ENTRY OF DEFAULT; REQUEST FOR ENTRY OF DEFAULT BY CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1); ENTRY OF DEFAULT UNDER F.R.C.P. RULE 55 (a) and DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1), was served on Defendant Anamaria Tichatschke on March 17, 2008.

Defendant Anamaria Tichatschke (formerly Anamaria Boustred) is not an infant or incompetent person and has been properly served, proof of service having been filed with the court, and said Defendant has failed to appear or make any plea, default of the Defendant has been entered for failure to appear in the action; that the injunctions sought and amount shown is justly due and owing and that no part thereof has been paid; and that the defendant is not in the military service of the United States and resides at 33250 Fairway Ave, Soquel, CA 95073.

1 | WHEREFORE, Plaintiffs prayed for the following relief individually or fully and
2 | is therefore entitled to said relief as related to Defendant Anamaria Tichatschke:

3 |    1. Sole Custody of Richard Clive Boustred and William Frank Boustred is
4 |       awarded to their father Clive Frank Boustred.

5 |    2. That Anamaria Boustred is ordered removed from the title to Clive
6 |       Boustred's property at 210 Suncrest Dr. Soquel, CA 95073 and title to
7 |       said property is vested entirely in Clive Boustred's name.

8 |    3. The portion of financial relief being sought from Defendant Anamaria
9 |       Tichatschke, well in excess of ten million dollars is to be finally
10 |       adjudicated through the trial process.

11 |

12 | I submitted "DECLARATION OF CLIVE BOUSTRED IN SUPPORT OF
13 | REQUEST FOR ENTRY OF DEFAULT BY CLERK PER F.R.C.P RULE 55(a) and
14 | DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1)" March 31, 2008, said
15 | document, facts and conclusions therein is the same and this filing and is
16 | incorporated herein by reference.

17 | **VERIFICATION & SUBSCRIPTION**

18 | I, Clive Boustred, am a Party in the above-entitled action and the Chairman,
19 | President and CEO of the Corporate Parties and the Father to the Minor Children
20 | herein. I have read the foregoing Document(s), Affidavit(s), Declaration(s), and/or
21 | Materials, Id., including referenced and/or attached documents, and/or duplicates of

1  such documents and know the contents thereof. The same is true of my own
2  knowledge, except as to those matters which are therein alleged on information and
3  belief, and as to those matters, I believe it to be true. I declare under penalty of
4  perjury that the foregoing is true and correct and that this affidavit was executed at
5  Santa Cruz, California on April eighteen two thousand and eight.

Date: April 18, 2008 _____

Clive Boustred, representing Plaintiffs C0800546
In Propria Persona Sui Juris, Without Prejudice UCC 1-207