| | |
|---|---|
| 1  Plaintiffs, USDC: C09 00546 | **FILED** |
| 2  Clive Boustred | |
| 3  Petitioner, In Propria Persona Sui Juris | 2008 APR 21 P 1: 53 |
| 4  210 Suncrest Dr, | |
| 5  Soquel, CA 95073 | |
| 6  Tel: (831) 476-4300 | RICHARD W. WIEKING |
| 7  | UNITED STATES DISTRICT COURT CLERK |
| 8  | NORTHERN DISTRICT OF CALIFORNIA U.S. DISTRICT COURT NO. DIST. OF CA. S.J. |

| Clive Frank Boustred, et al. PLAINTIFFS, v. County of Santa Cruz, et al. DEFENDANTS. | No. C08 00564 – Trial By Jury<br><br>PROOF OF SERVICE |
|---|---|

9  State of California, Santa Cruz County,

10  I am over the age of eighteen and not a party to the above-entitled action, my

11  address in the United States is 210 Suncrest Dr.

12  I served "DECLARATION OF CLIVE BOUSTRED IN SUPPORT OF REQUEST FOR

13  ENTRY OF DEFAULT BY CLERK PER F.R.C.P RULE 55(a) and DEFAULT

14  JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1); REQUEST FOR ENTRY OF DEFAULT

15  BY CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P.

16  RULE 55 (b)(1); and ENTRY OF DEFAULT UNDER F.R.C.P. RULE 55 (a) and

17  JUDGEMENT OF DEFAULT UNDER F.R.C.P. RULE 55 (b)(1)"

18  by enclosing a true digital copy in a sealed envelope addressed to each person whose

19  name and address is shown below and depositing the envelope in the United States mail

20  with the postage fully prepaid.

21  (1) Date of mailing: April 18, 2008

22  (2) Place of Mailing: Santa Cruz, CA

23  I declare under penalty of perjury under the laws of the State of California that

24  the foregoing is true and correct.

25  Signature: _____  Date: 4/18/08

26  Persons Served (parties not yet summoned to be served with the summons)

27  1. Name of person served: California State Attorney General Edmund G. Brown Jr:

28  ATTN: Paul T Hammerness / Troy B. Overton, Deputy Attorney Generals. Attorney for

29  Defendants: State of California, Irwin Joseph.

30  Address: 455 Golden Gate Avenue, Suite 1100, San Francisco, CA 94102-7004

31  2. Name of person served: Anamaria Tichatschke (formerly Anamaria Boustred)

32  Address: 3320 Fairway Dr, Soquel, CA, 95073-2724

---

ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55