**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                           408.535.5364

May 1, 2008

RE:  <u>CV 08-00546 RMW</u>        <u>BOUSTRED ET AL-v- GOVERNMENT AND COUNTY OF SANTA CRUZ ET.AL.</u>

Default is declined as to defendant Anamaria Tichatschke (formerly Anamaria Boustred) on April 25, 2008.


                                                            RICHARD W. WIEKING, Clerk


                                                            by: <u>/s/ D. Miyashiro</u>
                                                            Case Systems Administrator

1 | Plaintiffs, USDC: C08 00546 Trial By Jury
2 | Clive Boustred
3 | Petitioner, In Propria Persona Sui Juris
4 | 210 Suncrest Dr,
5 | Soquel, CA 95073
6 | Tel: (831) 476-4300
7 | clive@libertyforlife.com
8 |

IN UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Clive Frank Boustred, <br> RCB (minor son of Clive Frank Boustred), <br> WFB (minor son of Clive Frank Boustred), <br> InfoTelesys, Inc. Nevada and Nevis <br> Get IT Real, Inc. Nevada and Nevis <br> Life Yacht, CopperCards, Santa Cruz Cats, Le Essence, Kite Yachts. <br> PLAINTIFFS, <br><br> v. <br><br> Government and County of Santa Cruz, Government and State of California, Government of the United States of America, Agents of the New World Order. (Individual DEFENDANTS such as Irwin Joseph are listed in the complaint), John Does 1 to n. <br> DEFENDANT(S). | CASE # 08 00546 Trial By Jury <br><br> REQUEST FOR ENTRY OF DEFAULT BY CLERK PER F.R.C.P RULE 55(a) and DEFAULT JUDGEMENT UNDER F.R.C.P. RULE 55 (b)(1) |

9
10
11    To the Clerk of the Court:
12    Plaintiff, Clive Frank Boustred, hereby requests that the Clerk enter the
13    default of the defendant Anamaria Tichatschke (Formerly Anamaria Boustred)

ENTRY OF DEFAULT AND DEFAULT JUDGMENT PER F.R.C.P. 55

1
2    pursuant to F.R.P.C. Rule 55 (a) and Rule 55 (b) (1) upon the grounds appearing in
     the attached declaration of plaintiff, Clive Frank Boustred.
3
4        Respectfully submitted,
5
6    Dated: April 18, 2008 _____
         Clive Boustred, representing Plaintiffs C0800546
7        In Propria Persona Sui Juris, Without Prejudice UCC 1-207
8