```
1  Plaintiffs, USDC: C08 00546 Trial By Jury
2  Clive Boustred
3  Petitioner, In Propria Persona Sui Juris
4  210 Suncrest Dr,
5  Soquel, CA 95073
6  Tel: (831) 476-4300
7  clive@libertyforlife.com
8
```

FILED

2008 JUN 26  A 11: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## IN UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| Clive Frank Boustred, et al. PLAINTIFFS, v. County of Santa Cruz, et. al. DEFENDANTS. | CASE # 08 00546 Trial By Jury<br>RESPONSE TO DEFENDANTS MOTION TO DISMISS FEDERAL DEFENDANTS;<br>Unanswered and Included by reference from former filing:<br>REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S. JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S. CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX, SEVEN AND WITH COMMON LAW;<br>NOTICE & DEMAND FOR TRIALBY JURY;<br>MOTION TO ASSEMBLE JURY.<br>Date: July 18    Time: 9:00 am<br>Location: U.S. District Court 280 South First Street. San Jose<br>Department: 6 |
|---|---|

10    Plaintiffs demand hearings on all matters.

11    In regard to these ridiculous attempts to have this case dismissed on absurd

12    technicalities – get a clue – You attempt to murder someone, kidnap their children, wipe

13    out their companies and career, then that person is going to keep coming back until they

14    get justice – attempts to dismiss this case only rack up more damages & more claims.

15    Let it be Judicially Noticed by the jury that defendants Anamaria Tichatschke,

16    Vicki J. Parry and WELLS FARGO BANK have been served the summons in this suit.

IRWIN H. JOSEPH/Irwin H. Joseph has also been served a paper copy of the original suit and the suit has been posted to the following URL to prevent any further ridiculous claims by defendants that they fear opening files

http://www.libertyforlife.com/abuse/infotelesys_lawsuit_1stamend-0-index.htm

and http://www.libertyforlife.com/abuse/malicious_prosecution.htm

## FURTHER CAUSE FOR ACTION

The Criminal Commissioner IRWIN H. JOSEPH/Irwin H. Joseph, one of the primary defendants in this current suit issued a completely illegal and void order to evict Plaintiff Clive Boustred from Mr. Boustred's home on Friday 05/23/2008, the very day lawyers from the Attorney Generals office who claim to represent IRWIN H. JOSEPH/Irwin H. Joseph scheduled a hearing to attempt to have IRWIN H. JOSEPH/Irwin H. Joseph dismissed from this case. The continued criminal actions by the Santa Cruz Court will continue to give rise to Plaintiffs bringing this matter back to court for redress of grievances. – the behavior of this government and it's continued refusal to address grievances looks like the position the founders of this nation were in when attempting to redress grievances with King George before the revolution.

Let this above issue be judicially noticed, particularly in light of USC 18 and let the Attorney General also be noticed in this regard to the continued criminal actions by the Santa Cruz Superior Court.

## FAILURE OF COURT TO FOLLOW DUE PROCESS

Plaintiffs came to the court where afore mentioned hearing on Friday 05/23/2008 was scheduled and Plaintiffs were denied any hearing or any opportunity for vodire

questions regarding the judge who assumed jurisdiction without lawful authority over this case. Plaintiffs place a blanket refusal of any order issued without due process or any hearing and any order issued without subject matter jurisdiction. Plaintiffs demand hearings for all matters before a qualified jury.

This case is brought before the court under the 11th Amendment:

"The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

Clearly there is no judicial power in this case all matters both in fact and law may only be judged by a jury.

See REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S. JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S. CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX, SEVEN AND WITH COMMON LAW; NOTICE & DEMAND FOR TRIALBY JURY; MOTION TO ASSEMBLE JURY. Filed on or about March 11, 2008 by Plaintiffs in this regard and included herein by reference.

# RESPONSE TO MOTION TO DISMISS

### A. CLAIM OF AMICUS CURIAE BY FEDERAL DEFENDANTS

Defendants claim of amicus curiae raises a very interesting dilemma. Naturally such a claim to be a friend of the court disqualifies any friend of the court presiding over this case as that would naturally infer bias and due process, the Constitution and Court rules. Clearly there is no judicial power in this case and all matters must be determined by a jury according to Samuel Chase the signer of the declaration of independence and

one of the first supreme court justices, who said "The jury has the right to judge both the law and the facts".

United States District Court General Order No. 40, Prohibition of Bias, states: Prologue
The Court is committed to ensuring that all forms of bias and prejudice are eliminated from the practice of law in our district....
Duties and Procedures
(1) The practice of law before the United States District Court for the Northern District of California must be free from prejudice and bias in any form. Treatment free of bias must be accorded all other attorneys, litigants, judicial officers, court room jurors or support personnel. The duty to exercise nonbiased behavior includes the responsibility to avoid comment or behavior manifesting prejudice or bias toward another. This duty is owed by all attorneys, judges, judicial officers and court personnel in connection with cases pending before the district court.

### B. CLAIM THAT PLAINTIFFS CLAIM INTERFERES WITH THE ORDERLY ADMINISTRATION OF JUSTICE (Page 2 Line 4)

This is one absurd claim! Plaintiffs very suit is about the disorderly administration of injustice by the courts! If the courts cannot allow plaintiffs to bring suit against the courts for violations at law then the courts are endorsing and creating the disorderly administration of injustice!

### C. CLAIM THAT PLAINTIFFS FAIL TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Page 2 Line 14)

Are attempted murder, battery, kidnap, malicious prosecution and the many other tort actions filed by Plaintiffs not claims upon which relief cannot be granted? Suggesting such would be absurd and reflect only the extreme bias a friend of the Defendants who would attempt to dismiss a legitimate case. Let it be judicially noticed that in Plaintiffs 2nd lawsuit filed against the government for a fourth false arrest, Plaintiffs filed almost identical paperwork apart from names, dates and locations to a previously filed suit by a lawyer in this very same court that was accepted by the court without

1  question, however, the court also dismissed that case on the same absurd and false
2  claim of a failure to state a claim upon which relief could be granted.
3  Federal rules require only a short description of the claim. Plaintiffs have not
4  only provided this, they have submitted 370MB of evidence to back up said claims.
5  The claim the case is frivolous is utterly without merit. Plaintiffs who were
6  building a competing platform to the Federal Reserve Bank have every right to bring suit
7  against a private corporation, the Federal Reserve Bank, for treason, racketeering, fraud
8  etc.
9  For goodness sake, who on earth in this country does not get the really simple
10 fact that the Federal Reserve Bank is owned mostly by foreigners and they make money
11 out of nothing. If you wont listen to the Plaintiffs at least take the advice from Secretary
12 of State Thomas Jefferson was adamantly opposed to the idea of a privately owned
13 federal bank and said: "I sincerely believe the banking institutions having the issuing
14 power of money are more dangerous to liberty than standing armies" Jefferson correctly
15 predicted "If the American people ever allow the banks to control the issuance of their
16 currency.. the banks and corporations that will grow up around them will deprive the
17 people of all property, until their children wake up homeless on the continent their fathers
18 conquered."
19 Each and every person named in this suit has been subject to damages that
20 private bank has caused. To put it in perspective, the following chart provides irrefutable
21 proof that the privately owned Federal Reserve Bank has utilized their control of the
22 interest rate on the money they make out of nothing to trigger repeated depressions and
23 recessions. Preceding every depression/recession is an interest rate hike. This pattern
24 of practice has been used through history by the Rothschild's who own most of the
25 Federal Reserve Bank:



Furthermore, consider all the wars that have been fought to profit the owners of the Federal Reserve Bank, most of us have some relatives who were forced to and may that died in one of the many wars the Federal Reserve Bank instigated, some of us ourselves were forced into service because of the Rothschild's incessant desire to own the world. Recognize that each one of you would double your income immediately if we were not forced to pay taxes to cover the interest on the debt these bankers have created out of nothing. The defendants should be cheering on this case not attempting to stop it!

D. **CLAIM THAT THE UNITED STATES IS SOVEREIGN (Page 3 Line 24)**

There is no sovereign immunity in the United States, the very construct of the Constitution and the very reason for the revolution was to forever expel the sovereign claims made by king George. However, not even in England under king George was the crown given immunity to commit crimes against the people. The sheer lack of

intelligence and elementary logic by the arguments made by the Defendants and the foolish judges they quote is quite astonishing.

Lets consider a little logic exercise:  If government employees claim they are sovereign and cannot be held accountable for criminal actions, then a U.S. soldier coming back from the illegal invasion of Iraq can assassinate every judge, blow up congress and the White House and then turn around and claim "sovereign immunity" for the crimes he committed.

Perhaps Defendants may by now understand that the desperate attempts to assume sovereign immunity are not only utterly groundless in the U.S but they are also extremely dangerous from every way you look at it!

However, it is quite amusing seeing all the so-called 'case law' the Defendants quote where judges grant themselves and their colleagues sovereign immunity.  Since when did the judiciary take on the roll of the Legislature?  U.S. Constitution Article. I. Section. 1. "All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives."

The cases the Defendants quote contradict the Constitution 100%, Defendants do not quote law and have not answered the law the Plaintiffs put forward.  Furthermore are the Defendants referring to these judges who committed outrageous acts of treason and other crimes as "Honorable" as a title or as an inference or simply to kiss the judiciary's ass as it were?

There is no judicial power in this case it is filed under the 11th Amendment only a jury can judge both the facts and the law. Any action by a judge who attempts to dismiss this case or make any ruling on this case is void and that judge heaps further charges against themselves and the Defendants.

See the detailed Analysis of the 11th Amendment incorporated in Plaintiffs Amended complaint starting on page 27 to page 33 of said complaint, whose arguments

and facts are incorporated herein by reference and which annihilates the ridiculous claim that any sovereign immunity exists in the U.S. and against which the Defendants have failed to raise one legitimate argument.

### E. CLAIM THAT THE COURT LACKS SUBJECT MATTER JURISDICTION OVER DEFENDANT RICHARD W. WIEKING (PAGE 5 LINE 24)

Plaintiffs concur to the extent that only the Judicial Power of the court naturally lacks jurisdiction over issuing rulings regarding their colleagues, employees and employer, however, Jury Power is naturally not prohibited because there is no bias from a jury perspective and the court under a jury has subject matter jurisdiction.

### F. 42 U.S.C.

Can a claim be made that Federal Defendants never violated or acted under the color of state law when those federal defendants are living in and subject to the state law? If a federal employee is living in a state, are they not subject to the laws of the state, and does the Federal Court not recognize State law and rule according to State law? Regardless, these federal defendants are also sued under the following:

- ☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)
- ☒ 18 USC § 1, 241, 242, 2382
- ☒ 19 U.S.C. § 1961-68
- ☒ Constitution of The United States of America
- ☒ English Common Law
- ☒ 11th Amendment U.S. Constitution

### G. SERVICE OF FEDERAL DEFENDANTS

Clearly the Federal government has recognized service of this suit, otherwise they would not be attempting to dismiss the suit. Consequentially, it is the duty of the State to bring their employees who are named defendants to court to defend them from actions filed against the State.

"In lieu of personal delivery of the summons on a corporation, association, or public entity, one may serve the summons by leaving a copy of the summons and of the complaint during usual office hours in the recipient's office with the person who is apparently in charge and by afterwards mailing a copy of the summons and complaint (by first-class mail, postage prepaid) to the person to be served at the place where the copies of the summons and complaint were left." CODE CIV. PROC. § 415.20(a). See also generally ROBERT I. WEIL & IRA A. BROWN, JR., CALIFORNIA PRACTICE GUIDE: CIVIL PROCEDURE BEFORE TRIAL ¶¶ 4:82–:91 (1999); 3 B.E. WITKIN, CALIFORNIA PROCEDURE, Actions §§ 926–929 (4th ed. 1997

## CONCLUSION

Clearly the lawyers claiming to represent Defendants (none of whom have made any appearance, affidavit or response to the suit) are desperate to have this very serious case dismissed on irrelevant technicalities. Clearly no person who is related to any of the defendants though employment or otherwise is entitled to issue any rulings on this case. Clearly the only rulings that may be issued in this case are by an independent jury. The Motion to dismiss is baseless and without any legal merit.

## VERIFICATION

I, Clive Boustred, am a Party in the above-entitled action and the Chairman, President and CEO of the Corporate Parties and the Father to the Minor Children herein. I have read the foregoing Document(s), Affidavit(s), Declaration(s), and/or Materials, Id., including referenced and/or attached documents, and/or duplicates of such documents and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Cruz, California on June 23 in the year two thousand and eight.

Date: June 23, 2008 _____

Clive Boustred, representing Plaintiffs,
In Propria Persona Sui Juris, Without Prejudice UCC 1-207