```
1  Plaintiffs, USDC: C08 00546 Trial By Jury
2  210 Suncrest Dr,
3  Soquel, CA 95073
4  Tel: (831) 476-4300
```

**FILED**
2008 JUN 26 ☐ 11: 43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Clive Frank Boustred, et al. PLAINTIFFS, v. County of Santa Cruz, et al. DEFENDANTS. | No. C08 00546 – Trial By Jury PROOF OF SERVICE |
|---|---|

7  State of California, Santa Cruz County,

8  I am over the age of eighteen and not a party to the above-entitled action, my address in the United States is 210 Suncrest Dr. Soquel, CA 95073

10  I served the "RESPONSE TO DEFENDANTS MOTION TO DISMISS FEDERAL DEFENDANTS; Unanswered and Included by reference from former filing: REFUSAL TO ACCEDE TO THE JURISDICTION OF A U.S. MAGISTRATE OR U.S. JUDGE AND DEMAND FOR TRIAL BY JURY ONLY IN ACCORDANCE WITH U.S. CONSTITUTIONAL AMENDMENTS NUMBER ELEVEN, SIX, SEVEN AND WITH COMMON LAW; NOTICE & DEMAND FOR TRIALBY JURY; MOTION TO ASSEMBLE JURY." by enclosing a true digital copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

(1) Date of mailing: June 24, 2008

(2) Place of Mailing: Santa Cruz, CA

20  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature: _____  Date: 6/24/08

Persons Served (parties not yet summoned to be served with the summons)

1. Name of person served: California State Attorney General Edmund G. Brown Jr: ATTN: Paul T Hammerness / Troy B. Overton, Deputy Attorney Generals. Attorney for Defendants: State of California, Irwin Joseph and other State Defendants
   Address: 455 Golden Gate Avenue, Suite 1100, San Francisco, CA 94102-7004

2. Name of person served: Anamaria Tichatschke (formerly Anamaria Boustred)
   Address: 3320 Fairway Dr, Soquel, CA, 95073-2724

3. Name of person served: Vicki Parry
   Address: 100 Doyle Street, Suite G, Santa Cruz, CA 95062