| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JAMES A. SCHARF (CSBN 152171)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
James.Scharf@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLIVE FRANK BOUSTRED, ET AL. | ) | No. C 08-00546 RMW |
|  | ) |  |
| Plaintiffs, | ) | **UNITED STATES' REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FEDERAL DEFENDANTS** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| COUNTY OF SANTA CRUZ, ET AL., | ) | Date: July 18, 2008 |
|  | ) | Time: 9:00 a.m. |
| Defendants. | ) | Courtroom: 6, 4th Floor |
|  | ) | Hon. Ronald M. Whyte |

On June 26, 2008, plaintiffs filed their response to "Defendants' Motion to Dismiss Federal Defendants." The Federal Defendants herein briefly reply to the arguments set forth in plaintiffs' opposition brief.

Plaintiffs argue that the Federal Defendants attempt to have this case dismissed on absurd technicalities and continue to allege that the Federal Defendants have attempted to murder them, kidnap their children, and wipe out their companies and career. Plaintiffs, however, cite absolutely no factual or legal authority in support of their wild accusations.

Fatally, plaintiffs do not respond to the Federal Defendants' claims of judicial and quasi-judicial immunity or their argument that plaintiffs cannot bring claims under 42 U.S.C. § 1983

1 against them.

2  In response to the Federal Defendants' argument of sovereign immunity, plaintiffs assert
3 that the United States does not have sovereign immunity, but they cite absolutely no legal
4 authority for this proposition.

5  Furthermore, plaintiffs offer no evidence that they have properly served any of the
6 Federal Defendants.

7  Most importantly, plaintiffs state no new facts, claims, or allegations against the Federal
8 Defendants that would rebut the arguments made in the Federal Defendants' motion to dismiss.
9 No purpose would be served in allowing plaintiffs leave to amend. Accordingly, the Court
10 should dismiss plaintiffs' claims against the United States of America and all of the named
11 Federal Defendants with prejudice.

13 DATED: July 7, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

          /S/
JAMES A. SCHARF
Assistant United States Attorney