## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**UNITED STATES' REPLY BRIEF IN SUPPORT OF ITS
MOTION TO DISMISS FEDERAL DEFENDANTS**

<u>**Clive Frank Boustred, et al. vs. United States of America**</u>
Case No.  C 08-00546 RMW

to be served this date upon the party(ies) as follows:

√ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FACSIMILE (FAX)**  Telephone No.: _____

___ **FEDERAL EXPRESS**

___ **HAND-DELIVERED**

to the parties addressed as follows:

**Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July 2008, at San Jose, California.

/s/
_____
 Mimi Lam
 Legal Assistant