*E-filed on* 7/7/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>GOVERNMENT and COUNTY OF SANTA CRUZ, et al.,<br><br>      Defendants. | No. C-08-00546 RMW<br><br>ORDER<br><br>**[Re Docket No. 16]** |

On March 12, 2008, plaintiff Clive Boustred, proceeding *pro se*, filed a document titled "Refusal to Accede to the Jurisdiction of a U.S. Magistrate or U.S. Judge and Demand for Trial by Jury Only in Accordance with U.S. Constitutional Amendments Number Eleven, Six, Seven and with Common Law; Notice & Demand for Trial By Jury; Motion to Assemble Jury."  This document appears to enumerate Boustred's grievances against individuals in the judiciary as well as those in the state and federal government, which appear to include attempted murder and malicious prosecution.  It also appears that this document provides notice that Boustred demands a trial by jury.  The document further appears to demand that the court convene a jury immediately.

ORDER—No. C-08-00546 RMW
MAG

Boustred's motion, to the extent the above-described document can be considered a motion, is denied. Until the court has resolved the government's motion to dismiss the complaint (currently set for hearing at 9:00 a.m. on July 18, 2008), discussion of trial is premature.

DATED: 7/7/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1 **A copy of this order was mailed on**    7/7/08    **to:**

2 **Plaintiff:**

3 Clive Frank Boustred
210 Suncrest Drive
4 Soquel, CA 95073

5 **Notice of this document has been electronically sent to:**

6 **Counsel for Defendants:**

7 Troy Overton          troy.overton@doj.ca.gov
James A. Scharf      james.scharf@usdoj.gov
8

9 Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER—No. C-08-00546 RMW
MAG                          3