1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON (SBN 171263)
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5   Telephone: (415) 703-5516
    Fax: (415) 703-5480
6  Email: troy.overton@doj.ca.gov

7  Attorneys for Defendant IRWIN JOSEPH

8
                IN THE UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12
   CLIVE FRANK BOUSTRED, et al.            Case No. C-08-00546 RMW
13
                           Plaintiffs,     [PROPOSED] ORDER GRANTING
14                                         DEFENDANT IRWIN JOSEPH'S
           v.                              MOTION TO DISMISS
15
   GOVERNMENT AND COUNTY OF
16 SANTA CRUZ, et al.,

17                         Defendants.

18      Defendant Irwin Joseph's motion to dismiss plaintiff's complaint came on regularly for

19 hearing before this Court on August 22, 2008. Troy B. Overton, Esq. from the California

20 Attorney General's Office appeared on behalf of defendant Irwin Joseph and Plaintiff Clive

21 Frank Boustred appeared in propria persona.

22      The Court, having considered the pleadings filed herein and having heard oral argument

23 from counsel and plaintiff and good cause appearing therefore:

24      IT IS HEREBY ORDERED that Defendant Irwin Joseph's motion to dismiss is

25 GRANTED.

26

27 Dated: _____
                                           RONALD M. WHYTE
28                                         United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a**

No.:   C08-00546-RMW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 8, 2008, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANT IRWIN JOSEPH'S MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 8, 2008, at San Francisco, California.

|  Rosalinda F. Asuncion  | *[signature]* |
|---|---|
| Declarant | Signature |

40217906.wpd