EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TROY B. OVERTON (SBN 171263)
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5516
  Fax: (415) 703-5480
Email: troy.overton@doj.ca.gov

Attorneys for Defendant IRWIN JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>GOVERNMENT AND COUNTY OF SANTA CRUZ, et al.,<br><br>                    Defendants. | Case No. C-08-00546 RMW<br><br>DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT [LOCAL RULE 16-9(a)]<br><br>Date:  July 18, 2008<br>Time:  10:30 a.m.<br>Place:  Federal Building<br>         280 South First Street<br>         San Jose, California<br>Dept:  6, Fourth Floor<br>Judge: Hon. Ronald M. Whyte |

      Pursuant to Local Rule 16-9(a), Defendant Irwin Joseph and Defendant United States of America, by and through their respective counsel of record, submit the following Defendants' Joint Case Management Statement:

1. **Jurisdiction and Service:**

      Defendants have each file motions to dismiss plaintiffs' complaint asserting a challenge to subject matter jurisdiction, insufficient service of process, and a failure to state a claim upon which relief can be granted in this action. (See description of motions to dismiss in Section 4 below.)

///

1

2. **Facts:**

On January 24, 2008, Plaintiffs filed a complaint for damages asserting violations of civil rights and various other allegations. Plaintiffs' complaint alleges forty-three (43) claims for relief against approximately fifty (50) defendants alleging damages due to various crimes and civil rights violations.

3. **Legal Issues:**

At present, the only legal issues pending are whether Defendants' respective motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5) and 12(b)(6) will be granted.

4. **Motions:**

Defendant United States of America has filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5) and 12(b)(6) on behalf of all Federal Defendants which is set to be heard on July 18, 2008.

Defendant Irwin Joseph has filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) which is set to be heard on August 22, 2008.

5. **Amendment of Pleadings:**

Not applicable at this time.

6. **Evidence preservation:**

Not applicable at this time.

7. **Disclosures:**

Not applicable at this time.

8. **Discovery:**

Not applicable at this time.

9. **Class Actions:**

Not applicable to this case.

10. **Related Cases:**

None pending at this time.

///

**11. Relief:**

Defendants contend that they are not liable for any of plaintiffs' alleged damages.

**12. Settlement and ADR:**

Not applicable at this time.

**13. Consent to Magistrate Judge For All Purposes:**

On February 13, 2008, Defendant Irwin Joseph filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge [Docket No. 3].

**14. Other References:**

Not applicable at this time.

**15. Narrowing of Issues:**

Defendants have each file motions to dismiss plaintiffs' complaint asserting a challenge to subject matter jurisdiction, insufficient service of process, and a failure to state a claim upon which relief can be granted in this action. (See description of motions to dismiss in Section 4 above.)

**16. Expedited Schedule:**

This case need not be handled on an expedited basis.

**17. Scheduling:**

Prior to resolution of pending motions, no schedule is needed.

**18. Trial:**

This determination and assessment cannot be made until after the resolution of the pending motions.

**19. Disclosure of Non-party Interested Entities or Persons:**

Not applicable to government entities or their agencies.

**20. Other Matters:**

None at this time.

///

///

///

Defendants' Joint Case Management Statement [Local Rule 16-9(a)]
*Boustred v. Government and County of Santa Cruz*                        Case No. C-08-00546 RMW

Dated: July 10, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

PAUL T. HAMMERNESS
Supervising Deputy Attorney General


s/s Troy B. Overton
TROY B. OVERTON
Deputy Attorney General

Attorneys for Defendant IRWIN JOSEPH


Dated: July 10, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney


s/s James A. Scharf
JAMES A. SCHARF
Assistant United States Attorney

Attorneys for Defendant United States of America

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B), Troy B. Overton hereby attests that the signatories' concurrence in the filing of this document has been obtained.

4

Defendants' Joint Case Management Statement [Local Rule 16-9(a)]
*Boustred v. Government and County of Santa Cruz*                          Case No. C-08-00546 RMW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a**

No.:   C08-00546-RMW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 10, 2008, I served the attached **DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT [LOCAL RULE 16-9(a)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 10, 2008, at San Francisco, California.

|  |  |
| --- | --- |
| Rosalinda F. Asuncion | s/s Rosalinda F. Asuncion |
| Declarant | Signature |

40217906.wpd