UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-08-00546-RMW        JUDGE: Ronald M. Whyte

CLIVE FRANK BOUSTRED, et al.        -V- GOVERNMENT & COUNTY OF SANTA CRUZ
Title

Appeared Pro Se                                    AUSA - J. Scharf, T. Overton
Attorneys Present (Plaintiff)                    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia              COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT UNITED STATES' MOTION TO DISMISS FEDERAL DEFENDANTS

ORDER AFTER HEARING

Hearing Held. The heard oral argument from the parties. The Court's tentative ruling is to grant the motion to dismiss. The Court to send out a final ruling to the parties. The Court vacated the CMC that was set for today. The matter is deemed submitted.