OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 5-14-08 |
| NAME OF SERVER (PRINT) Ken Davis | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Watsonville Superior Court - Dept D. AT 8:35 AM 5-14-08

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*FILED JUL 18 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-14-08
                    Date                                Signature of Server

210 Juncrest Dr Soquel CA 95073
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(By) DEPUTY CLERK

64

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOUSTRED



SUMMONS IN A CIVIL ACTION

V.

**RMW**

SANTA CRUZ

CASE NUMBER:

TO: (Name and address of Defendant)   Vicki J. Parry
100 Doyle Street, Suite G, Santa Cruz CA 95062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr,
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

1-24-08

CLERK   Sandy Morris  Deputy Clerk   DATE