# RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me

Name of SERVER: Amy Miller

TITLE: 4-11-2008

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
Wells Fargo Home Mortgage
2265 41st Ave
Capitola CA 95010

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

FILED

JUL 18

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-11-2008
                    Date

Signature of Server: Amy L. Miller

Address of Server: 210 Suncrest Pl Soquel CA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C08 00546

Boustred, et. al.

V.

Santa Cruz, et. al.

TO: (Name and address of defendant)
Wells Fargo Bank & Wells Fargo Home Mortgage
P.O. Box 6995, Portland OR 97228-6995

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Plaintiffs, Clive Boustred
Petitioner, In Propria Persona Sui Juris
210 Suncrest Dr.
Soquel, CA 95073
Tel: (831) 476-4300
clive@libertyforlife.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

(BY) DEPUTY CLERK