EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TROY B. OVERTON (SBN 171263)
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5516
  Fax: (415) 703-5480
Email: troy.overton@doj.ca.gov

Attorneys for Defendant IRWIN JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>GOVERNMENT AND COUNTY OF SANTA CRUZ, et al.,<br><br>                  Defendants. | Case No. CV 08-00546 RMW<br><br>**IRWIN JOSEPH'S REPLY TO PLAINTIFFS' "RESPONSE" TO MOTION TO DISMISS**<br><br>Date: **August 22, 2008**<br>Time: **9:00 a.m.**<br>Place: **Federal Building**<br>      **280 South First Street**<br>      **San Jose, California**<br>Dept: **6, Fourth Floor**<br>Judge: **Hon. Ronald M. Whyte** |

    Pursuant to Civil Local Rule 7-3(a), plaintiffs' opposition to Defendant Commissioner Irwin Joseph's motion to dismiss all claims for relief against him in the above-captioned case was due to be filed on or before August 1, 2008. To date, Commissioner Joseph has received no opposition from plaintiffs or any indication that such a document was filed by plaintiffs. Commissioner Joseph has received a pleading from plaintiff entitled "Response to Third Party Attempts to Dismiss Case Prior to Trial" which is dated July 18, 2008, but is not signed. To date, this pleading does not appear to have been filed with the court. If this pleading is filed and to the extent that it may constitute an opposition to Commissioner Joseph's motion to dismiss, Commissioner Joseph hereby submits his reply to plaintiffs' "response" to Commissioner Joseph's motion to dismiss.

1

## PLAINTIFFS' "RESPONSE" PRESENTS NO SUBSTANTIVE AUTHORITY IN OPPOSITION TO THE STATE'S MOTION TO DISMISS

Although difficult to follow and full of rhetoric, plaintiffs' "response" papers present no substantive authority to oppose the Commissioner Joseph's motion to dismiss. Specifically, plaintiff presents no substantive opposition to Commissioner Joseph's assertion that a federal district court lacks subject matter jurisdiction to declare state court rulings or judgments null and void, that this Court should abstain pursuant to the *Younger* doctrine or that none of the factual allegations asserted against Commissioner Joseph in plaintiffs' complaint give rise to any actionable claims. Further, plaintiffs' "response" articulates no reason why this action against Commissioner Joseph should not be dismissed pursuant to Rule 12(b)(6), why plaintiffs' claims are not barred by the Eleventh Amendment, or why Commissioner Joseph does not have judicial immunity for all of the acts plaintiffs allege arise out of the exercise of his judicial functions.

Therefore, Commissioner Joseph reasserts the arguments set forth in his moving papers and respectfully requests this Court grant his motion to dismiss any and all of plaintiffs' claims for relief against him.

Dated: August 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

PAUL T. HAMMERNESS
Supervising Deputy Attorney General


s/s Troy B. Overton
TROY B. OVERTON
Deputy Attorney General

Attorneys for Defendant IRWIN JOSEPH

Irwin Joseph's Reply to Plaintiffs' "Response" to Motion to Dismiss    [FRCP 12(b)(1) & 12(b)(6)]
*Boustred v. Government and County of Santa Cruz*    Case No. CV 08-00546 RMW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **BOUSTRED, CLIVE FRANK et al. v. COUNTY OF SANTA CRUZ, et a**

No.:   C08-00546-RMW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 7, 2008, I served the attached **IRWIN JOSEPH'S REPLY TO PLAINTIFFS' "RESPONSE" TO MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Clive Frank Boustred
210 Suncrest Drive
Soquel, CA 95073
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 7, 2008, at San Francisco, California.

|  Rosalinda F. Asuncion  | s/s Rosalinda F. Asuncion |
|:---:|:---:|
| Declarant | Signature |

40217906.wpd