*E-filed on* 09/17/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al., | No. C-08-00546 RMW |
| Plaintiffs, | |
| v. | JUDGMENT |
| GOVERNMENT and COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

On September 15, 2008 the court entered its order dismissing this action. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:    09/15/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-08-00546 RMW
RMWLC3

**A copy of this judgment was mailed on**   09/17/08   **to:**

**Counsel for Plaintiff(s):**

Clive Frank Boustred
210 Sun crest Drive
Soquel, CA 95073

**Counsel for Defendant(s):**

Troy Overton               troy.overton@doj.ca.gov

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.